1

2

3

4                            **UNITED STATES DISTRICT COURT**

5                                **DISTRICT OF NEVADA**

6

7    SOUTHERN HIGHLANDS, LLC,                 )

8                              Plaintiff,     )        Case No. 2:10-cv-01704-KJD-PAL
                                              )
9    vs.                                      )                   **<u>ORDER</u>**
                                              )
10   SCOTT REID, *et al.,*                    )
                                              )
11                           Defendants.      )
     _____      )

12

13          This matter is before the court on Plaintiff's failure to file a Certificate as to Interested Parties as

14   required by LR 7.1-1.  The Complaint (Dkt. #1) in this matter was filed October 4, 2010.  The Answer

15   has not yet been filed.  LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas*

16   *corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the

17   disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms,

18   partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in

19   the outcome of the case.  LR 7.1-1(b) further states that if there are no known interested parties, other

20   than those participating in the case, a statement to that effect must be filed.  Additionally, LR 7.1-1(c)

21   requires a party to promptly file a supplemental certification upon any change in the information that

22   this rule requires.  To date, Plaintiff has failed to comply.  Accordingly,

23          **IT IS ORDERED** Plaintiff shall file its Certificate as to Interested Parties, which fully complies

24   with LR 7.1-1 **no later than 4:00 p.m., November 2, 2010.**  Failure to comply may result in the

25   issuance of an order to show cause why sanctions should not be imposed.

26          Dated this 19th day of October, 2010.

27                                            _____
                                              Peggy A. Leen
28                                            United States Magistrate Judge