# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SOUTHERN HIGHLANDS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SCOTT REID, *et al*.,<br><br>    Defendants. | Case No. 2:10-CV-1704-KJD-PAL<br><br>**PERMANENT INJUNCTION and JUDGMENT** |

The Court having granted Plaintiff Southern Highlands LLC's (hereinafter "Plaintiff") Motion of Judgment on the Pleadings, that Defendants' Donnell Reid, aka Scott Reid, and D/B/A Super Clean Cut Land Scaping (hereinafter "Defendant Reid") failed to respond, and good cause appearing therefore,

**THE COURT FINDS** that there is no just reason for delay, and final judgment against Defendant may be entered at this time.

/ / /

/ / /

**ACCORDINGLY, IT IS ORDERED**:

1. The Court directs final judgment against Defendant Reid be entered at this time as set forth below.

2. Defendant Reid and their officers, servants, agents, employees, attorneys, affiliates, privies, successors, entities controlled by or acting in concert; and other persons acting in active concert or participation with the aforesaid who receive actual notice of this ORDER, are hereby permanently enjoined and restrained from using the words SOUTHERN HIGHLANDS and the SOUTHERN HIGHLANDS marks in any manner including, but not limited to, those Southern Highlands Marks found in Exhibits A and B.

3. Defendant Reid shall be liable for paying and shall pay Plaintiff the costs of this litigation in the amount of $ 425.00, which include the civil filing fees of $350.00 and the fees for service of process of $75.00.

4. Each party shall bear their own attorneys' fees incurred in this matter.

**IT IS SO ORDERED.**

DATED this 6th day of April 2011.

_____
Kent J. Dawson
United States District Judge